No. 125. ARCHIBALD E. BRIGHTMAN, PLAINTIFF IN ERROR, *v.* LAKE ERIE & WESTERN RAILROAD COMPANY. In error to the District Court of the United States for the District of Indiana. Argued January 7, 1918. Decided January 14, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Hannis Distilling Co. v. Baltimore,* 216 U. S. 285; *Fay v. Crozer,* 217 U. S. 455; *Hendricks v. United States,* 223 U. S. 178, 184; (2) *St. Louis & San Francisco Ry. Co. v. James,* 161 U. S. 545; *Southern Ry. Co. v. Allison,* 190 U. S. 236; *Sun Printing & Publishing Association v. Edwards,* 194 U. S. 377, 381; *Missouri Pacific Ry. Co. v. Castle,* 224 U. S. 541, 546. *Mr. William V. Rooker* for plaintiff in error. *Mr. Samuel D. Miller, Mr. W. H. Thompson, Mr. John B. Cockrum* and *Mr. W. H. H. Miller* for defendant in error.

---

No. 116. POLICE JURY OF THE PARISH OF ACADIA, PLAINTIFF IN ERROR, *v.* CITY OF CROWLEY. In error to the Supreme Court of the State of Louisiana. Argued January 4, 1918. Decided January 21, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Braxton County Court v. West Virginia,* 208 U. S. 192; *McCandless v. Pratt,* 211 U. S. 437; *Marshall v. Dye,* 231 U. S. 250; *Stewart v. Kansas City,* 239 U. S. 14. *Mr. A. P. Holt* and *Mr. P. J. Chappuis* for plaintiff in error. *Mr. Philip S. Pugh* and *Mr. James E. Zunts* for defendant in error.